UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TGO REALTY, INC., a Florida
for profit real estate corporation,

    Plaintiff,                                    CASE NO.: 6:18-cv-1867-Orl-28KRS

v.

DAVID GLOVER, an individual, and
FLAG AGENCY, INC., d/b/a Century 21
Flag Agency, Inc., a Florida for profit
real estate corporation, and PATRICK F. CONNER,
an individual,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    **A)** **The following persons and entitles have an interest in Plaintiff, TGO Realty, Inc., a Florida for profit real estate corporation:**

        **Judy R. Willeke;**
        **Larry McDaniel Trust;**
        **James T. Swann Trust;**
        **Pat E. Didomenico;**
        **Malcolm R. Kirschenbaum.**

B) The following persons and entities are believed by Plaintiff to have an interest in Defendant, FLAG AGENCY, INC., d/b/a Century 21 Flag Agency, Inc. a Florida for profit real estate corporation:

>Patrick F. Conner;
>Tiffany M. Conner;
>Chad P. Conner.

C) In addition to the foregoing, and other than the above styled parties and their counsel appearing in this action, the following persons and entities may have an interest in the outcome of this action, or may be considered other identifiable legal entities related to a party:

>Melanie Glover;
>Century 21 Real Estate, LLC;
>TGO Villa Rentals, LLC;
>David Glover Group;
>David Glover Realtor;
>Chad P. Conner;
>Chad P. Conner, P.A.;
>Alsome Properties, LLC;
>ABCC, LLC;
>Richard Desi Arjona;
>Charity Leanne Barnes;
>Jessee Benton;
>Jason Brown;
>Patricia G. DeGeorge;
>Angela M. Easley;
>Jacklyn Paige Easley;
>Selah Ferry;
>Aleicia Michelle Fragomeni;
>Larissa Lima;
>Heather Elaine McAmis;
>Thomas James Merchant;
>Anna L. Poteet;
>John Simmons;
>George W. Stark;
>David S. Wehnau;

>James Arthur;
>Gail Irene Baker;
>Frank E. Denoewer;
>Tamara M. Devries;
>Bernardo M. Friedler;

**Lee Ann Henn;**
**Mark R. Herbers;**
**Kimberley C. Hessler;**
**Gwendolyn I. McDaniel;**
**Larry Ray McDaniel;**
**Nancy F. Merchant;**
**Valerie Plotkin;**
**Clair Allan Raney;**
**Judy Rockwell Willeke;**
**Paul Shimski;**
**Lynda L. Vincent;**
**Patricia Ann West;**
**Frank Gerald Whitmore IV;**
**Robert Willeke;**

**Maurice Arcadier, Esq.;**
**Stephen Biggie, Esq.;**
**Joseph C. Wood, Esq.;**
**Ethan B. Babb, Esq.;**
**Arcadier, Biggie and Wood, PLLC;**

**James R. Myers, Esq.;**
**Jessica A. Teitelbaum, Esq.,;**
**The Chartwell Law Offices, LLP;**

**Nicolette C. Vilmos, Esq.;**
**Nicolette C. Vilmos, P.L.;**
**Nelson Mullins Riley & Scarborough LLP, d/b/a Nelson Mullins Broad and Cassel;**

**Liam P. Kelly, Esq.;**
**Liam P. Kelly, P.A.**

2)   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None.**

3)   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   **N/A**

4) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**Plaintiff, TGO Realty, Inc.**

5) Check one of the following:

\_\_\_X\_\_ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

\_\_\_\_\_ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

Dated this 19th day of November, 2018

Respectfully submitted,

/s/ Liam P. Kelly
By:_____
LIAM P. KELLY
Florida Bar No.: 0848867
**LIAM P. KELLY, P.A.**
9719 South Dixie Highway, Suite 12
Village of Pinecrest, Florida 33156
Telephone: (786) 515-2786
E-mail: lkelly@liamkellylaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served via CM/ECF this November 19, 2018, upon:

Defendants, FLAG AGENCY, INC., and PATRICK FLOYD CONNER, by and through their attorneys: James R. Myers, Esq. and Jessica A. Teitelbaum, Esq., The Chartwell Law Offices, LLP, 12486 Brantley Commons Court, Fort Myers, FL 33907, jmyers@chartwelllaw.com, jteitelbaum@chartwelllaw.com, wpruneda@chartwelllaw.com; and

Nicolette C. Vilmos, Esq. Nicolette C. Vilmos, P.L., Nelson Mullins Broad and Cassel, Bank of America Center, 390 North Orange Ave, Suite 1400, Orlando, FL 32801, nvilmos@broadandcassel.com, dkalman@broadandcassel.com, choward@broadandcassel.com;

and upon Defendant, DAVID GLOVER, by and through his attorneys, Maurice Arcadier, Esq., Stephen Biggie, Esq., Joseph C. Wood, Esq., Ethan B. Babb, Esq., Arcadier, Biggie and Wood, PLLC, 2815 W. New Haven, Suite 304, Melbourne, Florida, 32904, office@wamalaw.com, arcadier@wamalaw.com.

/s/ *Liam P. Kelly*

_____
LIAM P. KELLY