UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TGO REALTY, INC., a Florida
for profit real estate corporation,

    Plaintiff,                               CASE NO.: 6:18-cv-1867-ORl-31 DCI

v.

DAVID GLOVER, an individual, and
FLAG AGENCY, INC., d/b/a Century 21
Flag Agency, Inc., a Florida for profit
real estate corporation, and PATRICK F. CONNER,
an individual,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Notice is hereby given, pursuant to LR 3.08(a), that all parties in the above styled cause have signed a final settlement agreement as of August 1, 2019. Pursuant to said rule, the undersigned will prepare a stipulated form of final order or judgment adopting the settlement agreement.

Dated: August 1, 2019

                                                Respectfully submitted,

                                                /s/ Liam Kelly
                                                Florida Bar No. 0848867
                                                LIAM P. KELLY, P.A.
                                                9719 South Dixie Highway, Suite 12
                                                Village of Pinecrest, FL 33156
                                                (786) 515-2786
                                                lkelly@liamkellylaw.com
                                                Attorney for Plaintiff, TGO Realty, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served via CM/ECF this August 1, 2019, upon:

Defendants, FLAG AGENCY, INC., and PATRICK FLOYD CONNER, by and through their attorneys: James R. Myers, Esq. and Jessica A. Teitelbaum, Esq., The Chartwell Law Offices, LLP, 12486 Brantley Commons Court, Fort Myers, FL 33907, jmyers@chartwelllaw.com, jteitelbaum@chartwelllaw.com, wpruneda@chartwelllaw.com; and

Nicolette C. Vilmos, Esq. Nicolette C. Vilmos, P.L., Nelson Mullins Broad and Cassel, Bank of America Center, 390 North Orange Ave, Suite 1400, Orlando, FL 32801, nicolette.vilmos@nelsonmullins.com; christine.howard@nelsonmullins.com; nancy.haarmann@nelsonmullins.com; and upon

Defendant, DAVID GLOVER, by and through his attorneys, Maurice Arcadier, Esq., Stephen Biggie, Esq., Joseph C. Wood, Esq., Ethan B. Babb, Esq., Arcadier, Biggie and Wood, PLLC, 2815 W. New Haven, Suite 304, Melbourne, Florida, 32904, office@wamalaw.com,; babb@wamalaw.com; arcadierlaw@hotmail.com; biggie@wamalaw.com; biggielegaldocsbackup@gmail.com; wood@wamalaw.com.

/s/ Liam Kelly