UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TGO REALTY, INC., a Florida
for profit real estate corporation,

    Plaintiff,                              CASE NO.: 6:18-cv-1867-Orl-31 DCI

v.

DAVID GLOVER, an individual, and
FLAG AGENCY, INC., d/b/a Century 21
Flag Agency, Inc., a Florida for profit
real estate corporation, and PATRICK F. CONNER,
an individual,

    Defendants.
_____/

## MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiff, TGO REALTY, INC., by and through the undersigned counsel, and pursuant to LR 3.08(b), hereby respectfully requests that the Court enter the attached proposed stipulated Final Judgment and Permanent Injunction, and states:

1)    On August 1, 2019, a settlement agreement was reached by and between the parties from a mediation conference held on May 9, 2019. The parties have documented their settlement in writing by that certain Mediated Settlement Agreement, attached hereto as Exhibit "A."

2)    The parties have stipulated to the entry of a proposed Final Judgment, adopting the provisions of the Mediated Settlement Agreement, attached hereto as "Exhibit "B."

3)    Pursuant to M.D. FLA. L.R. 3.01(g), the undersigned counsel hereby certifies that the moving counsel has conferred with opposing counsel; and counsel agree on the resolution of the instant Motion. Defendants' counsel has no objection to the relief requested herein.

WHEREFORE, Plaintiff, TGO REALTY, INC. respectfully requests that this Court enter the attached Final Judgment and Permanent Injunction, and grant such further relief deemed just.

Dated: August 2, 2019

        Respectfully submitted,

        /s/ Liam Kelly

x_____
        Liam P. Kelly
        Florida Bar No. 0848867
        LIAM P. KELLY, P.A.
        9719 South Dixie Highway, Suite 12
        Village of Pinecrest, FL 33156
        (786) 515-2786
        lkelly@liamkellylaw.com
        Attorney for Plaintiff, TGO Realty, Inc.


        /s/ Ethan Babb

x_____
        Ethan B. Babb, Esq.
        Florida Bar No. 127488
        Arcadier, Biggie and Wood, PLLC
        2815 W. New Haven, Suite 304
        Melbourne, Florida, 32904
        Attorney for Defendant, David Glover


        /s/ Nicolette Vilmos

x_____
        Nicolette C. Vilmos, Esq.
        Florida Bar No. 469051
        Nicolette C. Vilmos, P.L.
        Nelson Mullins Broad and Cassel
        Bank of America Center
        390 North Orange Ave, Suite 1400
        Orlando, FL 32801
        Attorney for Defendants, Flag Agency, Inc. and
        Patrick F. Conner


        /s/ James Myers

x_____
        James R. Myers, Esq.
        Florida Bar No. 896489
        The Chartwell Law Offices, LLP
        12486 Brantley Commons Court
        Fort Myers, FL 33907
        Attorney for Defendants, Flag Agency, Inc. and
        Patrick F. Conner

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served via CM/ECF this August 2, 2019, upon:

Defendants, FLAG AGENCY, INC., and PATRICK FLOYD CONNER, by and through their attorneys: James R. Myers, Esq. and Jessica A. Teitelbaum, Esq., The Chartwell Law Offices, LLP, 12486 Brantley Commons Court, Fort Myers, FL 33907, jmyers@chartwelllaw.com, jteitelbaum@chartwelllaw.com, wpruneda@chartwelllaw.com; and

Nicolette C. Vilmos, Esq. Nicolette C. Vilmos, P.L., Nelson Mullins Broad and Cassel, Bank of America Center, 390 North Orange Ave, Suite 1400, Orlando, FL 32801, nicolette.vilmos@nelsonmullins.com; christine.howard@nelsonmullins.com; nancy.haarmann@nelsonmullins.com; and upon

Defendant, DAVID GLOVER, by and through his attorneys, Maurice Arcadier, Esq., Stephen Biggie, Esq., Joseph C. Wood, Esq., Ethan B. Babb, Esq., Arcadier, Biggie and Wood, PLLC, 2815 W. New Haven, Suite 304, Melbourne, Florida, 32904, office@wamalaw.com,; babb@wamalaw.com; arcadierlaw@hotmail.com; biggie@wamalaw.com; biggielegaldocsbackup@gmail.com; wood@wamalaw.com.

/s/ Liam Kelly
x_____