UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TGO REALTY, INC., a Florida
for profit real estate corporation,

    Plaintiff,                            CASE NO.: 6:18-cv-1867-Orl-31 DCI

v.

DAVID GLOVER, an individual, and
FLAG AGENCY, INC., d/b/a Century 21
Flag Agency, Inc., a Florida for profit
real estate corporation, and PATRICK F. CONNER,
an individual,

    Defendants.
_____/

**<u>FINAL JUDGMENT
AND PERMANENT INJUNCTION</u>**

This cause came before the Court pursuant to LR 3.08(b), on a Motion for Entry of Stipulated Final Judgment and Permanent Injunction, following a settlement agreement reached by and between the parties on August 1, 2019, (Doc. 44). The Court granted that Motion and hereby enters judgment as proposed. Accordingly, it is

ORDERED, ADJUDGED, AND DECREED, that final judgment is hereby entered in favor of Plaintiff, TGO Realty, Inc., and against Defendants, David Glover, Flag Agency, Inc., and Patrick F. Conner. The provisions of the Mediated Settlement Agreement are hereby adopted by this Court, as follows:

    1.    The Parties shall jointly execute and may begin to publish the Joint Statement agreed to between the Parties, and attached to the Mediated Settlement Agreement as Exhibit "A," within ten (10) days;

    2.    Defendants, their officers, directors, agents, servants, employees, attorneys, and all other persons, firms, or corporations acting or claiming to act on their behalf or

under their direction or authority, and all persons and firms acting or claiming to act in participation or concert with them, are hereby permanently enjoined from:

    a.    stating or publishing statements to others that Plaintiff is not licensed to perform its real estate business, that Plaintiff can not legally show properties, that Plaintiff has engaged in tortious or criminal acts, such as removing and destroying Defendants' advertisements and signage, that trail camera footage exists of Plaintiff's agents or employees engaging in tortious or criminal acts, including destroying or removing signage, that Plaintiff's employees are secretly trying to leave Plaintiff to work for Defendants, that Plaintiff has engaged unfair methods of competition, such as unlawful interference with sales, or has improperly stopped consumers from buying properties;

    b.    using the "TGO Realty," trade name and service mark, or "TGO Homes," or "TGO-Realty," in any manner, online or in other media, including as internet keywords, HTML text, internet links, as text on Google or other advertisements, as text on websites, or account names, including on Twitter, Facebook, or on any social media platform, or in connection with any part of the advertising, promotion, selling, labeling, or otherwise regarding Defendant's business, or to identify Defendant's services or business, from this day forward;

    c.    filing applications for registration of, or registering, the "TGO Realty" trade name and service mark, or "TGO Homes," or "TGO-Realty," in any city, county, or state or with the United States or any foreign country;

    d.    representing to the public, directly or indirectly, that Defendants' services are the services of Plaintiff;

    e.    filing applications for registration of, or registering the TGO Realty trade name and service mark, or "TGO Homes," or "TGO- Realty," as a domain name.

3.    The parties shall abide by the terms of the Mediated Settlement Agreement;

4.    Defendants shall pay Plaintiff $25,000.00 within ten (10) days. This payment represents the settlement of all monetary claims between or among the parties for damages relating to this litigation, as well as any claims for attorneys' fees and costs;

5.    Other than as set forth herein, all parties will bear their own attorneys fees and costs with regard to this matter;

6.    The Court hereby retains jurisdiction for a period of one year to enforce

the terms of this Final Judgment and Permanent Injunction.

**DONE** AND **ORDERED** in Chambers in Orlando, Florida on  August 5, 2019.



Copies furnished to:
Counsel of Record