# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TGO REALTY, INC., a Florida for profit real estate corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GLOVER, an individual and FLAG AGENCY, INC., d/b/a Century 21 Flag Agency, Inc., a Florida for profit real estate corporation, and PATRICK F. CONNOR, an individual,<br><br>Defendants. | Case No. 6:18-cv-1867-Orl-28KRS |

## RESPONSE TO SHOW CAUSE ORDER

In response to the Show Cause Order (DE 41) issued in this matter. Undersigned counsel states:

1. The undersigned apologizes to the Court for the failure to timely respond to Mr. Liam P. Kelly on his Motion to Reopen (Doc. 38).

2. The parties were engaged in numerous simultaneous email communications and various phone calls attempting to resolve the case.

3. The undersigned believed that she responded to Mr. Kelly's e-mail regarding his conferral request only later to find out that the undersigned inadvertently did not send the e-mail, rather it was automatically saved in a draft e-mail folder. Upon figure out the undersigned's mistake, and understanding the confusion created, the undersigned responded to Mr. Kelly specifically relating to the Motion to Reopen, in addition to continuing to engage in communications regarding an overall settlement, which was eventually reached.

4. The undersigned's delay in responding to Mr. Kelly was not in attempt to stall, delay or frustrate the Court's procedures.

5. The undersigned apologizes to this Court and Attorney Liam P. Kelly for having to address this matter and inconvenience caused.

DATED:   August 8, 2019

Respectfully submitted,

Nelson Mullins Broad and Cassel

By:   /s/ Nicolette C. Vilmos
Nicolette C. Vilmos (0469051)
Email: nicolette.vilmos@nelsonmullins.com
Bank of America Center
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
Telephone: 407.839.4200
Facsimile: 407.425.8377
*Attorney for Defendant Flag Agency, Inc. and Patrick Connor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2019, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the CM/ECF system.

/s/ Nicolette C. Vilmos
Nicolette C. Vilmos
Florida Bar No.:  0469051